UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH ALLAN BROW,

    Defendant.
_____/

HON. TIMOTHY P. GREELEY

Case No. 2:11-cr-34

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 13, 2011, for an initial appearance and arraignment on the Class A Misdemeanor Information charging a charge of purchasing more than nine (9) grams of pseudoephedrine base in a 30 day period. The court was informed at the time of defendant's appearance that he was appearing while in the custody of the State of Michigan, and that he was not eligible for release on bond. Therefore, IT IS HEREBY ORDERED that the defendant shall remain in custody; reserving the right to request a detention hearing at a later date should he be released from state custody.

    IT IS SO ORDERED.

Date: October 25, 2011

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge